Briscoe, 428 F.2d 954, decided July 14, 1970, and nothing is added by again reviewing the cases therein discussed.

It is clear under Halliday v. United States, 394 U.S. 831, 89 S.Ct. 1498, 23 L.Ed.2d 16 (1969), that appellant is not without remedy to correct constitutional defects in his conviction if any such exist.

The judgment of conviction is affirmed.

fendant to withdraw his plea of guilty, and setting aside the judgment and sentence theretofore entered against him. The motion was made pursuant to Rule 32(d) and Rule 35 of the Federal Rules of Criminal Procedure. The District Court denied the motion and filed an opinion which appears in 307 F.Supp. at page 217. Our conclusion is that the District Court's decision was right, for the reasons stated in the Court's able opinion. We therefore affirm the denial of the defendant's motion.

Affirmed.

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Franzo Wayne KING, Defendant-
Appellant.**

**No. 25579.**

United States Court of Appeals,
Ninth Circuit.

Sept. 25, 1970.

Rehearing Denied Nov. 16, 1970.

Rodney A. Klein (argued), of Fields & Klein, Sacramento, Cal., for appellant.

Charles S. Fenning (argued), Asst. U. S. Atty., Harry D. Steward, U. S. Atty., Phillip W. Johnson, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before MADDEN,* Judge, United States Court of Claims, DUNIWAY, Circuit Judge, and SWEIGERT,** District Judge.

PER CURIAM:

This is an appeal from the denial, by the District Court, of the defendant's motion for an order permitting the de-

**The BABCOCK & WILCOX COMPANY,**
Assignee of the Interference Parties
Rothemund and Koch, Appellee,

v.

**COMBUSTION ENGINEERING, INC.,**
Assignee of the Interference Parties
Powell, Schroedter, Clayton and Knust,
Appellant.

**No. 263, Docket 32974.**

United States Court of Appeals,
Second Circuit.

Argued Nov. 21, 1968.

Decided Nov. 21, 1968.

Arthur S. Tenser, New York City (Brumbaugh, Graves, Donohue & Raymond, New York City, Ralph G. Elliot, Alcorn, Bakewell & Smith, Hartford, Conn., on the brief), for appellant.

Roland T. Bryan, Stamford, Conn. (Haynes N. Johnson, Robertson, Bryan, Parmelee & Johnson, Stamford, Conn., Joseph M. Maguire, New York City, on the brief), for appellee.

---

\* Honorable J. Warren Madden, Senior Judge of the United States Court of Claims, sitting by designation.

\*\* Honorable William T. Sweigert, United States District Judge, Northern District of California, sitting by designation.